# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL PENSION FUND, BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS HEALTH & WELFARE TRUST, AND BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN & APPRENTICE TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>INDUSTRIAL CONTROLS GROUP, Inc.,<br><br>Defendant. | 1:15-CV-00711-LJO-JLT<br><br>ORDER TO DISMISS WITH PREJUDICE AND CLOSE ACTION BASED ON THE PARTIES' STIPULATION (Doc. 5) |

Based on all Parties' stipulation to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the Clerk of Court to close this action.

IT IS SO ORDERED.

Dated:   **August 17, 2015**                    /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

1